# Exhibit B

**Receipt 1:**

Registered No. RA1834471634471 US

| Reg. Fee | $10.60 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.30 |
| Postage | $7.10 | Restricted Delivery | $0.00 |

Received by: [signature]

Customer Must Declare Full Value $0.00 — Without Postal Insurance

Date Stamp: SEP 23 2009 — 09/23/09 — WILMINGTON DE 19801 — RODNEY SQUARE STA — 0501

**OFFICIAL USE**

FROM:
SAUL, EWING LLP
222 DELAWARE AVE., SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
(A. LANNINI)

TO:
TED CHEESEBROUGH, ESQ.
U.S. BANK NATIONAL ASSOCIATION
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

**Receipt 2:**

Registered No. RA1834471634468 US

| Reg. Fee | $10.60 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.30 |
| Postage | $4.95 | Restricted Delivery | $0.00 |

Received by: [signature]

Customer Must Declare Full Value $0.00 — Without Postal Insurance

Date Stamp: SEP 23 2009 — 09/23/09 — WILMINGTON DE 19801 — RODNEY SQUARE STA — 0501

**OFFICIAL USE**

FROM:
SAUL, EWING LLP
222 DELAWARE AVE., SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
(A. LANNINI)

TO:
MICHAEL S. HELFER, ESQ.
CITIGROUP INC
153 E. 53rd ST.
NEW YORK, NY 10043

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com